No. 329. SCHWANER v. O'DONNELL, TRUSTEE IN BANKRUPTCY. C. A. 6th Cir. Certiorari denied. *Lydon Beam* for petitioner.

No. 346. VON DER AHE VAN LINES, INC. v. UNITED STATES. Ct. Cl. Certiorari denied. *Alan F. Wohlstetter* for petitioner. *Solicitor General Marshall* for the United States.

No. 347. SWACKER ET AL. v. SOUTHERN RAILWAY Co. C. A. 4th Cir. Certiorari denied. *Joseph M. Kuczko* for petitioners. *Jerome Ackerman* for respondent.

No. 349. FORESTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 350. REPUBLIC OF CUBA ET AL. v. FLOTA MARITIMA BROWNING DE CUBA, S. A. C. A. 4th Cir. Certiorari denied. *Leonard B. Boudin* and *Victor Rabinowitz* for petitioners. *William A. Grimes* for respondent.

No. 351. KAELIN v. UNIVERSITY OF PITTSBURGH ET AL. Sup. Ct. Pa. Certiorari denied. *Donald E. Rohall* for petitioner. *Charles C. Arensberg* and *B. A. Karlowitz* for respondents.

No. 355. MEYER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *William M. Giffin* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.